# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Plaintiff,** | * |
| v. | *   Case No. _____ |
| **Defendant.** | * |
| | * |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

/s/ Michelle N. Mendez

_____    _____
Date                                                    Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number
 301-565-4824

_____
Fax number