UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC.**<br>8757 Georgia Avenue, Suite 850,<br>Silver Spring, MD 20910<br><br>**ALIANZA AMERICAS**<br>3101 Mission Street, Suite 101,<br>San Francisco, CA 94110<br><br>**NATIONAL TPS ALLIANCE**<br>2845 W. 7th Street<br>Los Angeles, CA 90005<br><br>*Plaintiffs,*<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br>20 Massachusetts Avenue, NW,<br>Washington, DC 20001<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**,<br>3801 Nebraska Avenue, NW<br>Washington, DC 20016<br><br>**UNITED STATES DEPARTMENT OF STATE**<br>2201 C Street, NW<br>Washington, DC 20520<br>*Defendants*. | Case No. 8:20-cv-02042 _____ |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Michelle N. Mendez, am a member in good standing of the bar of this Court. I am moving the admission of Victoria F. Neilson to appear pro hac vice in this case as counsel for the plaintiffs.

1

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland .

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

New York State Court, admitted 1995

Eastern and Southern Districts of New York (2000);

Second Circuit Court of Appeals (2004);

Ninth Circuit Court of Appeals (2009);

Third Circuit Court of Appeals (2009) [Note: this admission has not been renewed as required under local rules.]

3. During the 12 months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Michelle N. Mendez (Bar No. 20062) | Victoria F. Neilson |
| Catholic Legal Immigration Network | Catholic Legal Immigration Network |
| 8757 Georgia Avenue, Suite 850 | 21 Guion Street |
| Silver Spring, MD 20910 | Pleasantville, NY 10570 |
| Phone: 540-907-1761 | Phone: 917-499-8869 |
| Fax: 301-565-4824 | Fax: 301-565-4824 |
| mmendez@cliniclegal.org | vneilson@cliniclegal.org |