## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  8:20-cv-02042-TDC |
| ) | |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## <u>ORDER</u>

Upon consideration of the parties' Join Motion to Stay All Proceedings and finding good cause therefore, it is

ORDERED that all proceedings are stayed and the parties are instructed to file joint status reports on a monthly basis beginning no later than October 15, 2020.

Dated: _____

_____
THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE