IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** ) ) ) ) Plaintiffs, ) ) v. ) ) **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** ) ) ) ) Defendants. ) ) | Civil Action No. 8:20-cv-02042-TDC |

## JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis beginning October 15, 2020, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1. Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA). Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively. (Compl. ¶¶ 27-40.)

2. The parties are currently engaging in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests. Pursuant to Plaintiffs' requests for information regarding possible methods of narrowing or prioritizing, Defendants have provided Plaintiffs with information about their processing capabilities to assist Plaintiffs in determining any

potential narrowing or prioritization proposals.  Defendant USCIS has represented that it can prioritize the release of documents by component office within USCIS.  Defendants have provided Plaintiffs the names of seven components within USCIS – OPQ (Office of Performance and Quality); IRIS/E-VERIFY (Immigration Records and Identity Services); OCC (Office of Chief Counsel); OIDP (Office of Intake and Document Production); SCOPS (Service Center Operations); OP&S (Office of Policy and Strategy); RAIO (Refugee, Asylum and International Operations) – and the number of potentially responsive pages within each component.  Parties continue to confer on means of narrowing or prioritizing.

3.     USCIS has located approximately 19,041 pages potentially responsive to Request 1.  USCIS's processes include de-duplication, but USCIS cannot guarantee that no duplicates will be included in its produced pages.  USCIS intends to make productions on a rolling basis.  The first production of USCIS pages, subject to FOIA exemptions, is expected to be made on November 6, 2020.  USCIS will make a good faith effort to process approximately 500 pages for this initial production.  USCIS intends to process approximately 500 pages each month thereafter until all responsive, non-exempt pages have been processed.

4.     State has, thus far, identified approximately 8,500 unclassified documents potentially responsive to Request 2.  State is continuing to collect unclassified potentially responsive documents.  Once it has completed collection of potentially responsive unclassified documents, State will de-duplicate the collected documents and begin making productions on a rolling basis.  The first production will be made, subject to FOIA exemptions, approximately six weeks following the completion of its collection process.  State will make a good faith effort to process at its pre-pandemic standard processing rate of 300 pages per month.  While searches for records on classified systems are not currently possible due to the ongoing impact of COVID-19

mitigation measures on staffing, State will initiate searches of classified systems promptly upon the relevant employees re-obtaining access to those systems.

5.  Defendant DHS has produced 62 pages which they have represented are all responsive documents to Request 3.  Plaintiffs reserve their right to challenge both the scope of the production and the claimed exemptions of the DHS disclosure.

Dated: October 15, 2020                             Respectfully submitted,


\_\_\_\_/s/_____
Khaled Alrabe
Amber Qureshi
National Immigration Project of the
National Lawyers Guild
2201 Wisconsin Ave., NW Suite 200
Washington, DC 20007
Tel: (510) 679-3994
alrabe@nipnlg.org
amber@nipnlg.org

\_\_\_\_/s/_____
Victoria Neilson
Michelle N. Mendez
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
Tel: (540) 907-1761
Fax: (301) 565-4824
vneilson@cliniclegal.org
mmendez@cliniclegal.org

Robert K. Hur
United States Attorney

\_\_\_\_/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov