IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 8:20-cv-02042-TDC |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of the parties' Join Motion to Stay All Proceedings and finding good cause therefore, it is

ORDERED that all proceedings are stayed and the parties are instructed to file joint status reports on a monthly basis beginning no later than October 15, 2020.

Dated: 10/29/2020

THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE