IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No.  8:20-cv-02042-TDC |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** | | |
| Defendants. | | |

**JOINT STATUS REPORT**

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1. Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA).  Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively.  (Compl. ¶¶ 27-40.)

2. On December 7, 2020, USCIS produced 370 pages and 93 partially produced pages from the Service Center Operations component (SCOPS) to Plaintiffs in response to Request 1.  USCIS is presently processing the third production of USCIS pages.  Subject to FOIA exemptions, the third production of USCIS pages is expected to be produced on or about

January 7, 2021.  Per the request of Plaintiffs, the third production will consist of responsive, non-FOIA exempt documents from the Office of Policy and Strategy component (OP&S).

    3.    State has, thus far, identified approximately 8,500 unclassified documents potentially responsive to Request 2.  State is continuing to collect unclassified potentially responsive documents.  The first production of responsive, non-exempt material, to the extent any such material is identified, will be made on or before December 17, 2020.  While searches for records on classified systems continue to be inhibited by the ongoing impact of COVID-19 mitigation measures on staffing, State will initiate searches of classified systems promptly upon the relevant employees re-obtaining access to those systems.

    4.    The parties are continuing to engage in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests.

Dated: December 15, 2020        Respectfully submitted,

                      ____/s/_____
                        Khaled Alrabe
                        Amber Qureshi
                        National Immigration Project of the
                        National Lawyers Guild
                        2201 Wisconsin Ave., NW Suite 200
                        Washington, DC 20007
                        Tel: (510) 679-3994
                        alrabe@nipnlg.org
                        amber@nipnlg.org

        ___/s/_____
Victoria Neilson
Michelle N. Mendez
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
Tel: (540) 907-1761
Fax: (301) 565-4824
vneilson@cliniclegal.org
mmendez@cliniclegal.org

Robert K. Hur
United States Attorney

      __/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov