IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** <br><br> Defendants. | Civil Action No. 8:20-cv-02042-TDC |

## JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1. Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA). Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively. (Compl. ¶¶ 27-40.)

2. On January 6, 2021, USCIS produced its third rolling release of documents comprised of 125 pages and 395 partially produced pages from the Office of Policy and Strategy component (OP&S) to Plaintiffs in response to Request 1. USCIS is presently processing the fourth production of USCIS pages. Subject to FOIA exemptions, the fourth production of

USCIS pages is expected to be produced on or about February 7, 2021.  Per the request of Plaintiffs, the fourth production will consist of responsive, non-FOIA exempt documents from OP&S.

3. On December 17, 2020, State produced its first rolling release of documents comprised of 1 record released in full and 32 records released in part.  State is continuing to collect unclassified potentially responsive documents.  The second production of responsive, non-exempt material, to the extent any such material is identified, will be made on or before January 19, 2021.  While searches for records on classified systems continue to be inhibited by the ongoing impact of COVID-19 mitigation measures on staffing, State will initiate searches of classified systems promptly upon the relevant employees re-obtaining access to those systems.

4. The parties are continuing to engage in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests.

Dated: January 15, 2021                     Respectfully submitted,

____/s/_____
Khaled Alrabe
Amber Qureshi
National Immigration Project of the
National Lawyers Guild
2201 Wisconsin Ave., NW Suite 200
Washington, DC 20007
Tel: (510) 679-3994
alrabe@nipnlg.org
amber@nipnlg.org

       ____/s/_____
       Victoria Neilson
       Michelle N. Mendez
       Catholic Legal Immigration Network (CLINIC)
       8757 Georgia Ave., Suite 850
       Silver Spring, MD 20910
       Tel: (540) 907-1761
       Fax: (301) 565-4824
       vneilson@cliniclegal.org
       mmendez@cliniclegal.org

Robert K. Hur
United States Attorney

       ____/s/_____
       Kimberly S. Phillips
       Assistant United States Attorney
       36 S. Charles St., 4th Flr.
       Baltimore, MD 21201
       Tel: (410) 209-4800
       Kimberly.Phillips@usdoj.gov