IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** )<br>)<br>Defendants. ) | Civil Action No. 8:20-cv-02042-TDC |

**JOINT STATUS REPORT**

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.  Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA).  Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively.  (Compl. ¶¶ 27-40.)

2.  On June 4, 2021, USCIS produced its eighth rolling release of documents comprised of 17 pages and 357 partially produced pages from the Office of Policy and Strategy component (OP&S) to Plaintiffs in response to Request 1.  USCIS is presently processing the ninth production of USCIS pages.  Subject to FOIA exemptions, the ninth production of USCIS

pages is expected to be produced on or about July 6, 2021.  Per the request of Plaintiffs, the ninth production will consist of responsive, non-FOIA exempt documents from OP&S.

     3.     State produced its sixth rolling release on May 17, 2021 comprised of 23 records released in part.  State is continuing to collect unclassified potentially responsive documents.  The seventh production of responsive, non-exempt material, to the extent any such material is identified, will be made on or before June 16, 2021.  While searches for records on classified systems continue to be inhibited by the ongoing impact of COVID-19 mitigation measures on staffing, State will initiate searches of classified systems promptly upon the relevant employees re-obtaining access to those systems.

     4.     The parties are continuing to engage in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests.

Dated: June 15, 2021       Respectfully submitted,

     ___/s/_____
     Khaled Alrabe
     Amber Qureshi
     National Immigration Project of the
     National Lawyers Guild
     2201 Wisconsin Ave., NW Suite 200
     Washington, DC 20007
     Tel: (510) 679-3994
     alrabe@nipnlg.org
     amber@nipnlg.org

    \_\_\_\_/s/_____
Victoria Neilson
Michelle N. Mendez
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
Tel: (540) 907-1761
Fax: (301) 565-4824
vneilson@cliniclegal.org
mmendez@cliniclegal.org

Jonathan F. Lenzner
Acting United States Attorney

   \_\_\_/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov