# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHELIC LEGAL IMMIGRATION NETWORK, INC., et al.,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,**<br><br>     Defendants. | Civil Action No.  8:20-cv-02042-TDC |

## JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1. Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA). Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively. (Compl. ¶¶ 27-40.)

2. On July 6, 2021, USCIS produced its ninth rolling release of documents comprised of 10 pages and 317 partially produced pages from the Office of Policy and Strategy component (OP&S) to Plaintiffs in response to Request 1. USCIS is presently processing the tenth production of USCIS pages. Subject to FOIA exemptions, the ninth production of USCIS

pages is expected to be produced on or about August 6, 2021.  Per the request of Plaintiffs, the ninth production will consist of responsive, non-FOIA exempt documents from OP&S.

      3.      State produced its seventh rolling release on June 16, 2021 comprised of 21 records released in part.  State is continuing to collect unclassified potentially responsive documents.  The eighth production of responsive, non-exempt material, to the extent any such material is identified, will be made on or before July 16, 2021.  While searches for records on classified systems continue to be inhibited by the ongoing impact of COVID-19 mitigation measures on staffing, State will initiate searches of classified systems promptly upon the relevant employees re-obtaining access to those systems.

      4.      The parties are continuing to engage in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests.

Dated: July 15, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　Khaled Alrabe
　　　　　　　　　　　　　　　　　　　　Amber Qureshi
　　　　　　　　　　　　　　　　　　　　National Immigration Project of the
　　　　　　　　　　　　　　　　　　　　National Lawyers Guild
　　　　　　　　　　　　　　　　　　　　2201 Wisconsin Ave., NW Suite 200
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　Tel: (510) 679-3994
　　　　　　　　　　　　　　　　　　　　alrabe@nipnlg.org
　　　　　　　　　　　　　　　　　　　　amber@nipnlg.org

\_\_\_/s/_____
Victoria Neilson
Michelle N. Mendez
Catholic Legal Immigration Network (CLINIC)
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
Tel: (540) 907-1761
Fax: (301) 565-4824
vneilson@cliniclegal.org
mmendez@cliniclegal.org

Jonathan F. Lenzner
Acting United States Attorney

\_\_\_/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov