## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION** <br> **NETWORK, INC., et al.,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No.  8:20-cv-02042-TDC |
| | ) |
| **UNITED STATES CITIZENSHIP AND** <br> **IMMIGRATION SERVICES, et al.,** | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.      Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA).  Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively.  (Compl. ¶¶ 27-40.)

2.      On September 3, 2021, USCIS produced its eleventh rolling release of documents comprised of 5 pages released in full and 329 pages released in part from the Office of Policy and Strategy component (OP&S) to Plaintiffs in response to Request 1.  USCIS is presently processing the twelfth production of USCIS pages.  Subject to FOIA exemptions, the twelfth

production of USCIS pages is expected to be produced on or about October 6, 2021.  Per the

request of Plaintiffs, the twelfth production will consist of responsive, non-FOIA exempt

documents from OP&S.

3.     State produced its ninth rolling release on August 17, 2021 comprised of 9 records

released in part.  State is continuing to collect unclassified potentially responsive documents.

The tenth production of responsive, non-exempt material, to the extent any such material is

identified, will be made on or before September 17, 2021.  Despite continued challenges

presented by COVID-19, State has also completed its searches of classified systems.

4.     The parties are continuing to engage in discussions regarding the possible

narrowing or prioritization of Plaintiffs' FOIA requests.

Dated: September 15, 2021                     Respectfully submitted,

                                              ___/s/_____
                                              Khaled Alrabe
                                              Amber Qureshi
                                              National Immigration Project of the
                                              National Lawyers Guild
                                              2201 Wisconsin Ave., NW Suite 200
                                              Washington, DC 20007
                                              Tel: (510) 679-3994
                                              alrabe@nipnlg.org
                                              amber@nipnlg.org

                                              ___/s/_____
                                              Victoria Neilson
                                              Michelle N. Mendez
                                              Catholic Legal Immigration Network (CLINIC)
                                              8757 Georgia Ave., Suite 850
                                              Silver Spring, MD 20910
                                              Tel: (540) 907-1761
                                              Fax: (301) 565-4824
                                              vneilson@cliniclegal.org
                                              mmendez@cliniclegal.org

                                              Jonathan F. Lenzner
                                              Acting United States Attorney

\_\_\_/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov