**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION** **NETWORK, INC., et al.,** )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  8:20-cv-02042-TDC |
| ) | |
| **UNITED STATES CITIZENSHIP AND** **IMMIGRATION SERVICES, et al.,** )<br>)<br>) | |
| Defendants. ) | |

_____

## JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.      Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA).  Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively.  (Compl. ¶¶ 27-40.)

2.      On November 3, 2021, USCIS produced its thirteenth rolling release of documents comprised of 29 pages released in full, 348 pages released in part, and three (3) Excel spreadsheets from the Office of Policy and Strategy component (OP&S) to Plaintiffs in response to Request 1.  USCIS is presently processing the fourteenth production of USCIS pages.  Subject

to FOIA exemptions, the fourteenth production of USCIS pages is expected to be produced on or about December 6, 2021.  Per the request of Plaintiffs, the fourteenth production will consist of responsive, non-FOIA exempt documents from OP&S.

3.      State is continuing to collect unclassified potentially responsive documents. The twelfth production of responsive, non-exempt material, to the extent any such material is identified, will be made on or before November 17, 2021. Despite continued challenges presented by COVID-19, State has also completed its searches of classified systems.

4.      The parties are continuing to engage in discussions regarding the possible narrowing or prioritization of Plaintiffs' FOIA requests.

 Dated: November 15, 2021                    Respectfully submitted,

                                             ____/s/_____
                                             Khaled Alrabe
                                             Amber Qureshi
                                             National Immigration Project of the
                                             National Lawyers Guild
                                             2201 Wisconsin Ave., NW Suite 200
                                             Washington, DC 20007
                                             Tel: (510) 679-3994
                                             alrabe@nipnlg.org
                                             amber@nipnlg.org

                                             ____/s/_____
                                             Victoria Neilson
                                             Michelle N. Mendez
                                             Catholic Legal Immigration Network (CLINIC)
                                             8757 Georgia Ave., Suite 850
                                             Silver Spring, MD 20910
                                             Tel: (540) 907-1761
                                             Fax: (301) 565-4824
                                             vneilson@cliniclegal.org
                                             mmendez@cliniclegal.org

Erek L. Barron
United States Attorney

____/s/_____
Kimberly S. Phillips
Assistant United States Attorney
36 S. Charles St., 4th Flr.
Baltimore, MD 21201
Tel: (410) 209-4800
Kimberly.Phillips@usdoj.gov