IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 8:20-cv-02042-TDC |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** ) ) ) | |
| Defendants. ) ) | |

## JOINT STATUS REPORT

In accordance with the parties' proposal to submit a joint status report on a monthly basis, as stated in their Joint Motion to Stay All Proceedings filed on September 28, 2020 (ECF No. 18 at 6), and as modified by the Court in its Order dated December 16, 2021 (ECF No. 35), the parties, by and through undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.  Catholic Legal Immigration Network, Inc., Alianza Americas, and National TPS Alliance (Plaintiffs) commenced the instant action against the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), and United States Department of State (State), (collectively, Defendants) to compel compliance with the Freedom of Information Act (FOIA). Specifically, the Complaint seeks responses to three separate FOIA requests submitted to USCIS ("Request 1"), State ("Request 2"), and DHS ("Request 3") respectively. (Compl. ¶¶ 27-40.)

2.  USCIS issued its forty-third rolling release on August 30, 2024 consisting of 686 pages of records previously sent for consultation with U.S. Department of Homeland Security, portions of which have been withheld in part. USCIS plans to make a production of records

previously sent for consultation with U.S. Department of Homeland Security on or before September 30, 2024.

    3.    State continues to process consultations sent to it by other agencies, and anticipates completing all outstanding consultations in the next couple of months. State has concluded processing Plaintiff's request.

Dated: September 25, 2024                        Respectfully submitted,

                                                   Erek L. Barron
                                                   United States Attorney

| /s/ | /s/ |
|---|---|
| Khaled Alrabe | Kimberly S. Phillips |
| Amber Qureshi | Assistant United States Attorney |
| Victoria Neilson | 36 S. Charles St., 4th Flr. |
| Michelle N. Mendez | Baltimore, MD 21201 |
| National Immigration Project of the | Tel: (410) 209-4800 |
| National Lawyers Guild | Kimberly.Phillips@usdoj.gov |
| 1200 18th Street NW Suite 700 | |
| Washington, DC 20036 | |
| Tel: (202) 742-4447 | |
| | |
| alrabe@nipnlg.org | |
| amber@nipnlg.org | |
| michelle@nipnlg.org | |
| victoria@nipnlg.org | |